In the Matter of the Application for a Compulsory Accounting in the Estate of SAMUEL SCHNEIDER, Deceased. ARTHUR A. SNYDER, as Executor, etc., of SAMUEL SCHNEIDER, Deceased, Appellant; CLARA K. SCHNEIDER, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EMANUEL M. BERKENFELD, Appellant, v. CHELSEA FIREPROOF STORAGE WAREHOUSE, INC., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## (February 3, 1940.)

In the Matter of the Application of HARRY GREENBERG and M. MICHAEL EDELSTEIN, Petitioners, Appellants, etc., against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and KENNETH F. SIMPSON and LEONARD H. WACKER, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ. [173 Misc. 372.]

In the Matter of the Application of KENNETH F. SIMPSON, Petitioner, Respondent, against S. HOWARD COHEN and Others, as Commissioners Constituting the Board of Elections of the City of New York, Defendants, and HARRY GREENBERG, HAROLD BAER and M. MICHAEL EDELSTEIN, Appellants.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ. [173 Misc. 372.]

## (February 5, 1940.)

ABRAHAM WERBELOVSKY, Plaintiff, Respondent, and LUKCITY, INC., and Others, Plaintiffs, Intervenors, Respondents, v. SAMUEL STRAUSBERG, Defendant, Appellant, HENRY D. LEVY and Others, Defendants, and J. HENRY SMALL and Others, Impleaded Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent.

## (February 9, 1940.)

CARLL SMITH CHACE, Appellant, v. ELEANOR UPTON CHACE, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

SARAH JONES GRIDLEY, Respondent, v. ADRIAN T. GRIDLEY, Appellant.— Order unanimously reversed and motion denied, except as to item 5, which defendant has withdrawn. The phrase in question as used in the agreement is ambiguous, and, in any event, defendant is entitled to an examination on items material and necessary to establish his defense. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.